IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO C. GARCIA, | No. 2:17-CV-2279-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY COURTHOUSE, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to |
| 2 | randomly assign a District Judge and to update the docket to reflect the new case number. |

DATED: May 23, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE